﻿Citation Nr: AXXXXXXXX
Decision Date: 01/30/20 Archive Date: 01/30/20

DOCKET NO. 190614-23297
DATE: January 30, 2020

ORDER

The appeal of the issue of entitlement to additional attorney fees awarded as a result of the February 2019 Board decision granting service connection for migraine headaches is dismissed.

FINDING OF FACT

On July 2, 2019, prior to the promulgation of a decision in the appeal, the appellant requested withdrawal of the issue on appeal.

CONCLUSION OF LAW

The criteria for withdrawal of the appeal of entitlement to additional attorney fees awarded as a result of the February 2019 Board decision granting service connection for migraine headaches by the appellant have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.205. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.205. In the present case, the appellant, who is the Veteran’s attorney, has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.

 

 

Vito A. Clementi

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. E. Miller, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.